David L. Fiol [SBN 203546]
Brent & Fiol, LLP
1000 4th Street, Suite 750
San Rafael, CA  94901
Telephone:  (415) 259-4420
Facsimile:  (415) 373-4420
Email:  dfiol@bfplawyers.com
*Attorneys for Plaintiff Stuart Kohler*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUART KOHLER,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.<br><br>                    Defendants. | CASE NO. 3:16-cv-06502-KAW<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that this action, including each of Plaintiff's causes of action set out in Plaintiff's Complaint against all named Defendants, shall be dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with each party to bear its own attorney fees and costs.

IT IS SO STIPULATED.

Dated: November 1, 2017

BRENT & FIOL, LLP

By: /s/ *David L. Fiol*
David L. Fiol
*Attorneys for Plaintiff Stuart Kohler*

Dated: November 1, 2017

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
NEWTON OLDFATHER
Deputy City Attorney

By: */s/ Newton Oldfather*
NEWTON OLDFATHER

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
LT. CHRISTOPHER KROL, SERGEANT PAUL
DEL ROSARIO, SENIOR DEPUTY DONALD
GARCIA, DEPUTY BRIAN CALLAWAY,
DEPUTY STAN WONG, DEPUTY GEORGE
COVIELLO, DEPUTY BRIAN VEERMAN,
DEPUTY RAFAEL CABRERA, DEPUTY
MICHAEL HERRERA, DEPUTY VINCENT
SIU, and DEPUTY MICHAEL CLAUZEL

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: ___11/7/17___

_____
Hon. Kandis A Westmore
United States Magistrate Judge